UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ALEXANDR KLIMASHEVSKY,

    Plaintiff,

v.

DRUG ENFORCEMENT ADMINISTRATION,

    Defendant.

Case No. 21-cv-01291-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed with prejudice and without costs.

DATED: March 7, 2023

**MONICA A. STUMP, Clerk of Court**
**s/ Tina Gray, Deputy Clerk**

Approved:   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**